# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CURTIS W. HEALAN, | No. CV 10-8631-JAK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CONNIE GIPSON, Acting Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 7, 2011

HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE